## UNITED STATES DISTRICT COURT
### District of Minnesota

Duane A. Iverson,  Sarah L. Iverson

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 18cv1661 PAM/ECW

Sakura Restaurant, Inc.

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter is DISMISSED without prejudice and without costs, disbursements, or attorney's fees to any party.

Date: 12/12/2018

KATE M. FOGARTY, CLERK

s/M. Giorgini
(By)   M. Giorgini, Deputy Clerk